UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LOLA LUCIO, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 4:22-cv-10897 |
| : | |
| **HAMEL BRENNAN PROPERTIES, LLC** : | |
| **A Limited Liability Company** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**STIPULATED ORDER OF DISMISSAL**

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 24, 2022

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint with Prejudice.

Stipulated and agreed to this 24th day of August 2022 by:

| | |
|---|---|
| */s/ Pete M. Monismith* | */s/ Jason C. Yert* |
| Pete M. Monismith (P78186) | Jason C. Yert (P67144) |
| Attorney for Plaintiff | Attorney for Defendant |